[redacted]

[redacted]

CA 06 302 T

JAMIU SAID,
Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
Defendant

C.A. No. [redacted]

**PETITION FOR REMOVAL**

Defendant Federal Insurance Company ("Federal"), for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, states:

1. **State Court Action.** This is an action filed in the Superior Court, County of Providence, State of Rhode Island, being numbered C.A. No. PC06-2828, on the docket of said Court and being a suit by Jamiu Said against Federal Insurance.

2. **Federal Jurisdiction.** As alleged in paragraph 1 of the Complaint, Plaintiff is a resident of the State of Rhode Island. Federal is an Indiana corporation, and its principal place of business in New Jersey. As reflected in paragraph 3 of the Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this Court has original jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and the above-described civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3. **Timeliness of Removal Petition.** Defendant received a copy of the Complaint on or about June 5, 2006. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. **Relief Requested.** Defendants respectfully request that the United States District Court for the District of Rhode Island accept this Petition for Removal, and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

FEDERAL INSURANCE COMPANY,

By its Attorneys,

Mark A. Pogue (#3441)
Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 30th day of June, 2006, I caused a true copy of the within Petition for Removal to be served by first class mail, postage prepaid, to the following:

Joseph Altieri, Esq.
301 Metro Center Blvd., #102
Warwick, RI 02866