STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JAMIU SAID

VS. 2006- 2828

Federal INSURANCE COMPANY

COMPLAINT

1. Plaintiff, JAMIU SAID, is and at all times mentioned herein, a resident of the City of Providence, County of Providence, State of Rhode Island.

2. Defendant, Federal Insurance Company, is an insurance company which is incorporated and located in the State of Indiana with its principal place of business being in the State of New Jersey, and authorized to do business and sell insurance in the State of Rhode Island.

COUNT I

Plaintiff hereby incorporates by reference paragraphs one through two as is fully set forth.

3. On or about September 24, 2003, Plaintiff had in effect a policy of accidental disability insurance which provides for 1.5 million dollars of coverage for accidental loss of sight in both eyes.

4. Plaintiff, Jaimu Said, suffered severe personal injuries to wit the loss of sight as a result of an incident which occurred on or about September 24, 2003, which included medical expenses, loss of earning capacity, continuous pain and suffering and resulting in permanent injury to his left eye.

5. Plaintiff, Jaimu Said, has made a claim from the Defendant for payment in accordance with his Accidental loss policy of insurance with Federal Insurance Company and was subsequently denied.

6 Pursuant to the policy language as set forth in the policy of insurance issued to Jaimu Said, the Plaintiff is entitled to coverage pursuant to the policy of insurance.

7. Plaintiff, Jaimu Said, pursuant to the applicable policy language of the policy of insurance issued by Federal Insurance Company, has made a claim for payment pursuant to the policy as result of an accidental injury which resulted in the permanent loss of sight to his left eye.

8. That as a direct result of the defendants' failure to pay the plaintiff his benefits pursuant to the policy language; the Defendant, Federal insurance company, has breached its contractual obligations owed to the plaintiff.

11. That the damages sought by the Plaintiff in this action are sufficient to meet the jurisdictional threshold of this Honorable Court.

WHEREFORE, plaintiff, Jaimu Said, demands judgment against the defendant, Federal Insurance Company in an amount which exceeds the jurisdictional requirements of this Honorable Court plus interest, costs and any and all such further relief as this Honorable Court may deem just, proper and equitable.

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

PLAINTIFF
BY His ATTORNEY,

JOSEPH J. ALTIERI, ESQUIRE
301 Metro Center Boulevard #102
Warwick, RI 02886
401-736-6600
JoeAltieri@JJALTD.com

DATED: May 18, 2006