UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMIU SAID )
)
Plaintiff, )
)
v. ) C.A. No. 06-302T
)
FEDERAL INSURANCE COMPANY )
)
Defendant. )

**LOCAL RULE 81(b) STATEMENT**

Pursuant to Local Rule 81(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State court records and proceedings, including a certified copy of the State court docket entries, in the matter of Jamiu Said v. Federal Insurance Company C.A. No. PC06-2828.

FEDERAL INSURANCE COMPANY

By Its Attorney,

Mark A. Pogue (#3441)
Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of July, 2006, I caused a true copy of the within Local Rule 81(b) Statement to be served by first class mail, postage prepaid, to the following:

Joseph Altieri, Esq.
301 Metro Ctr., #102
Warwick, RI 02886