STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2006-2828 JAMIU SAID V FEDERAL INSURANCE COMPANY

Filing Date: 05-24-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 07-05-2006

Plaintiff: JAMIU SAID
ID: @10841880

Attorney: JOSEPH ALTIERI

Defendant: FEDERAL INSURANCE COMPANY
ID: @10841882

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-24-2006 | COMPLAINT FILED | |
| 05-24-2006 | INITIAL FILING FEE | |
| 05-24-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP227042. |
| 06-05-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 06-30-2006 | NOTICE OF REMOVAL | TO U.S.DISTRICT COURT |
| 06-30-2006 | CASE REMVD TO US DISTRICT CT | |
| 07-05-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island