**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMIU SAID
Plaintiff

VS. C.A. NO.: 06-302T

FEDERAL INSURANCE COMPANY
Defendant

**ENTRY OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance on behalf of Plaintiff, Jamiu Said.

Plaintiff, Jamiu Said,
By and through his attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the above was sent via first class mail, postage prepaid to Mark Pogue, Esq., Edwards, Angell, Palmer & Dodge, 2800 Financial Plaza, Providence, Rhode Island 02903and to Joseph Altieri, Esq., 301 Metro Center Boulevard, #102, Warwick, Rhode Island 02886 on this 17th day of July, 2006.