UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 17 2006
Property of U.S. District Court
District of Rhode Island

JAMIU SAID )
)
Plaintiff, )
)
v. ) C.A. No. 06-302T
)
FEDERAL INSURANCE COMPANY )
)
Defendant. )

**STIPULATION**

The parties stipulate and agree that defendant may have until and including July 21, 2006 to answer or otherwise respond to the Complaint.

7-13-06
Date

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Fax
Attorney for Defendant Federal Insurance Company

Date

Joseph Altieri, Esq.
301 Metro Center Boulevard, #102
Warwick, RI 02886
Attorney for Plaintiff Jamiu Said

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 7/20/06

PRV_820271_1/MPOGUE