**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMIU SAID
Plaintiff

VS. C.A. NO.: 06-302T

FEDERAL INSURANCE COMPANY
Defendant

**LATE ENTRY STIPULATION**

The parties herein agree that the defendant shall have up to and including August 18, 2006 in which to answer said complaint regarding the within matter. Said answer shall have the same full force and effect as if timely filed.

Plaintiff, Jamiu Said,
By and through his attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

Defendant, Federal Insurance Company,
By and through its attorney,

Mark Pogue, Esq.
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200

Dated: 7-26-06

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/3/06

5

**CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the above was sent via first class mail, postage prepaid to Mark Pogue, Esq., Edwards, Angell, Palmer & Dodge, 2800 Financial Plaza, Providence, Rhode Island 02903and to Joseph Altieri, Esq., 301 Metro Center Boulevard, #102, Warwick, Rhode Island 02886 on this 26th day of July, 2006.

[signature]