**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMIU SAID
Plaintiff

VS. C.A. NO.: 06-302T

FEDERAL INSURANCE COMPANY
Defendant

**NOTICE OF DISMISSAL**

Now comes the plaintiff, Jamiu Said and hereby provides notice of voluntary dismissal without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Plaintiff, Jamiu Said,
By and through his attorney,

"/s/" Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653
E-mail: Anthony.Gianfrancesco@bgmalaw.com

**CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the above Notice of Dismissal has been filed electronically with the ECF system and is available for viewing and downloading. I hereby certify that a copy of the above was sent via first class mail, postage prepaid to **Mark Pogue, Esq.**, Edwards, Angell, Palmer & Dodge, 2800 Financial Plaza, Providence, Rhode Island 02903and to **Joseph Altieri, Esq.**, 301 Metro Center Boulevard, #102, Warwick, Rhode Island 02886 on this 25th day of August, 2006.

"/s/" Anthony J. Gianfrancesco

Ernest C. Torres

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/31/06